JS6

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME OATES, | NO. CV 06-05542 JFW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| L. HENSE, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/2/08

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE